# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN C. BUCHANAN | : CIVIL ACTION |
| v. | : NO. 17-cv-251 |
| CORRECTIONAL OFFICER F. KWANING | : |

## ORDER

**AND NOW,** this 20th day of February, 2018, it is hereby **ORDERED** that:

1. The motion of the defendant to dismiss [Doc. 9] is **DENIED**.
2. The motion of the plaintiff for appointment of counsel [Doc. 10] is **GRANTED**.
3. The Clerk is **DIRECTED** to upload this case to the Court's extranet for prisoner civil rights actions for possible acceptance by a member of the Panel.

                                        **BY THE COURT:**


                                        **/s/ Jeffrey L. Schmehl**
                                        **JEFFREY L. SCHMEHL, J.**